# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ABNER M. AUST,

    Petitioner,

v.                                                          CASE NO. 4:06cv430-RH/EMT

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 17). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is DENIED with prejudice." The clerk must close the file.

    SO ORDERED on August 20, 2009.

                                                     s/Robert L. Hinkle
                                                     United States District Judge